[No. 6272-1. Division One. April 23, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON
LAUTENBACH, *Appellant*.

CITY OF LYNDEN, *Respondent*, v. GORDON
LAUTENBACH, *Appellant*.

Appeal from judgments of the Superior Court for
Whatcom County, Nos. 9587, 9595, Marshall Forrest, J.,
entered November 28 and December 27, 1977, and January
19, 1978. *Affirmed* by unpublished opinion per Dore, J.,
concurred in by James, A.C.J., and Williams, J.

[No. 6382-1. Division One. April 23, 1979.]

RAYMOND L. MILBURN, ET AL, *Appellants*, v. JEFFREY
D. ZUNCS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 829575, Frank H. Roberts, Jr., J., entered
April 7, 1978. *Affirmed* by unpublished opinion per Dore,
J., concurred in by James and Williams, JJ.

[No. 6543-1. Division One. April 23, 1979.]

JACK FRANKLIN, *Respondent*, v. PLAZA INSURANCE
AGENCY, INC., ET AL, *Respondents*, GENERAL
ACCIDENT FIRE AND LIFE ASSURANCE COR-
PORATION, LIMITED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 809955, Warren Chan, J., entered April 6,
1978. *Reversed in part* by unpublished opinion per
Swanson, A.C.J., concurred in by Williams and Andersen,
JJ.